**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Lifted Research Group, Inc., a California corporation v. Shop 4 Less, Inc., an Illinois corporation, et al. | FILED: JULY 11, 2008<br>08CV3945<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE ASHMAN<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lifted Research Group, Inc., Plaintiff

| NAME (Type or print) |
|---|
| Jason M. Kuzniar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jason M. Kuzniar |
| FIRM |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| STREET ADDRESS |
| 120 North LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270123 | 312-704-0550 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐