# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                       Case Number: 08 CV 3945

LIFTED RESEARCH GROUP, INC., v. SHOP 4 LESS, INC., an Illinois corporation d/b/a SHOP 4 LESS; DALAL ABDELRUHMAN and KARIM S. ABDELRUHMAN et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SHOP 4 LESS, INC.,; DALAL ABDEL RUHMAN; KARIM S. ABDELRUHMAN

| | |
|---|---|
| NAME (Type or print) AKRAM ZANAYED | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ AKRAM ZANAYED | |
| FIRM AKRAM ZANAYED & ASSOCIATES | |
| STREET ADDRESS 8550 S. Harlem Suite G | |
| CITY/STATE/ZIP Bridgeview, Il 60455 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6192587 | TELEPHONE NUMBER 708-237-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |