## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 CV 3945
LIFTED RESEARCH GROUP, INC., V. SHOP 4 LESS, INC.,
et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHOP 4 LESS, INC.,; DALAL ABDEL RUHMAN; KARIM S. ABDELRUHMAN

| NAME (Type or print) |
|---|
| HANNA MRAIBIE |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ HANNA MRAIBIE |

| FIRM |
|---|
| AKRAM ZANAYED & ASSOCIATES |

| STREET ADDRESS |
|---|
| 8550 S. Harlem Suite G |

| CITY/STATE/ZIP |
|---|
| Bridgeview, Il 60455 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275561 | 708-237-9000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |