UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., A CALIFORNIA CORPORATION<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>SHOP 4 LESS, INC., AN ILLINOIS CORPORATION, ET AL.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08 CV 3945<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the 28th day of July, 2008, at 4:01 PM, at the address of 8640 S MAYFIELD Avenue, BURBANK, Cook County, IL 60459; this affiant served the above described documents upon DALAL ABDELRUHMAN, A/K/A DALAL ABDEL RUHMAN, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with SAM ABDELRUHMAN, MEMBER OF HOUSEHOLD, A Middle Eastern female approx. 25-30 years of age 5'0"-5'2" in height weighing 100-120 lbs with brown hair, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of Illinois that the statement above is true and correct.

*[signature]*
(Joseph Russo, Reg. # 117-001119, IL

SUBSCRIBED AND SWORN to before me this 7th day of August, 2008
*[signature: Joan C. Harenberg]*
NOTARY PUBLIC in and for the State of Illinois

FOR: Gaffigan, Stephen M (PFI)
REF: LRG v Shop 4 Less, Inc.

ORIGINAL PROOF OF SERVICE

Tracking #: 5307670 SEA

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on the 18th day of August 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

Akram Khalil Zanayed, Esq.
(zanayedlaw@yahoo.com)

                                              */s/ Jason M. Kuzniar*
                                                Jason M. Kuzniar