THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHOP 4 LESS, INC., an Illinois corporation d/b/a SHOP 4 LESS; DALAL ABDELRUHMAN a/k/a DALAL ABDEL RUHMAN and KARIM S. ABDELRUHMAN a/k/a SAM RUHMAN a/k/a KARIM S. ABDEL RUHMAN, individually and jointly, d/b/a SHOP 4 LESS; and DOES 1-10,<br><br>Defendants | NO.   08 CV 3945 |

**DEFENDANT'S ANSWERS TO PLAINTIFF'S COMPLAINT**

NOW COMES, Defendants, SHOP 4 LESS, INC. (herein after referred to as "Shop"), DALAL ABDELRUHMAN (herein after referred to as "Dalal") and KARIM S. ABDELRUHMAN(herein after referred to as "Karim"), by and through their attorneys, AKRAM ZANAYED & ASSOCIATES, and answers Plaintiff's Complaint as follows:

**JURISDICTION AND VENUE**

1. Defendants admit the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Defendants admit the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendants admit the allegations contained in Paragraph 3 of Plaintiff's Complaint.

**THE PARTIES**

4. Defendants neither admit nor deny the allegations contained in Paragraph 4 of Plaintiff's Complaint but demand strict proof thereof.

5. Defendant Shop 4 Less, Inc admits that it is a corporation organized under the laws of the State of Illinois, with a principal place of business located at 11221 South Michigan Ave, Chicago, Illinois 60628. Defendants, Dalal and Karim, admit that they are individuals that reside at 8640 South Mayfield Avenue, Burbank, Illinois 60459. Defendant, Shop 4 Less, Inc, admits that it conducts business within this jurisdiction at 11221 South Michigan Avenue, Chicago, Illinois. Defendants, Dala

and Karim, deny that they conduct business within this jurisdiction at 11221 South Michigan Avenue, Chicago, Illinois. Defendants, Shop 4 Less, Inc and Dalal admit that they are the moving and conscious forces behind the operation of the business using the alias "Shop 4 Less." Defendant, Karim, denies that he is the moving and conscious forces behind the operation of the business using the alias "Shop 4 Less."

6. Defendants admit the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendants deny each and every allegation contained in Paragraph 7 of Plaintiff's Complaint.

8. Defendants do not answer as the allegations contained in Paragraph 8 are note directed to Defendants.

## COMMON FACTUAL ALLEGATIONS

9. Defendants neither admit nor deny the allegations contained in Paragraph 9 of Plaintiff's Complaint but demand strict proof thereof.

10. Defendants neither admit nor deny the allegations contained in Paragraph 10 of Plaintiff's Complaint but demand strict proof thereof.

11. Defendants neither admit nor deny the allegations contained in Paragraph 11 of Plaintiff's Complaint but demand strict proof thereof.

12. Defendants neither admit nor deny the allegations contained in Paragraph 12 of Plaintiff's Complaint but demand strict proof thereof.

13. Defendants neither admit nor deny the allegations contained in Paragraph 13 of Plaintiff's Complaint but demand strict proof thereof.

14. Defendants neither admit nor deny the allegations contained in Paragraph 14 of Plaintiff's Complaint but demand strict proof thereof.

15. Defendants neither admit nor deny the allegations contained in Paragraph 15 of Plaintiff's Complaint but demand strict proof thereof.

16. Defendants neither admit nor deny the allegations contained in Paragraph 16 of Plaintiff's Complaint but demand strict proof thereof.

17. Defendants neither admit nor deny the allegations contained in Paragraph 17 of Plaintiff's Complaint but demand strict proof thereof.

18. Defendants deny each and every allegation contained in Paragraph 18 of Plaintiff's Complaint.

19. Defendants deny each and every allegation contained in Paragraph 19 of Plaintiff's Complaint.

20. Defendants deny each and every allegation contained in Paragraph 20 of Plaintiff's Complaint.

21. Defendants neither admit nor deny the allegations contained in Paragraph 21 of Plaintiff's Complaint but demand strict proof thereof.

22. Defendants deny each and every allegation contained in Paragraph 22 of Plaintiff's Complaint.

23. Defendants deny each and every allegation contained in Paragraph 23 of Plaintiff's Complaint.

24. Defendants deny each and every allegation contained in Paragraph 24 of Plaintiff's Complaint.

25. Defendants deny each and every allegation contained in Paragraph 25 of Plaintiff's Complaint.

26. Defendants deny each and every allegation contained in Paragraph 26 of Plaintiff's Complaint.

27. Defendants deny each and every allegation contained in Paragraph 27 of Plaintiff's Complaint.

28. Defendants deny each and every allegation contained in Paragraph 28 of Plaintiff's Complaint.

29. Defendants deny each and every allegation contained in Paragraph 29 of Plaintiff's Complaint.

30. Defendants deny each and every allegation contained in Paragraph 30 of Plaintiff's Complaint.

31. Defendants deny each and every allegation contained in Paragraph 31 of Plaintiff's Complaint.

32. Defendants deny each and every allegation contained in Paragraph 32 of Plaintiff's Complaint.

33. Defendants deny each and every allegation contained in Paragraph 33 of Plaintiff's Complaint.

34. Defendants neither admit nor deny the allegations contained in Paragraph 34 of Plaintiff's Complaint but demand strict proof thereof.

### COUNT I – TRADEMARK COUNTERFEITING AND INFRINGEMENT

35. Defendants, restate their answers to Paragraph 1-34 above as though fully restated herein.

36. Defendants deny each and every allegation contained in Paragraph 36 of Count I of Plaintiff's Complaint.

37. Defendants deny each and every allegation contained in Paragraph 37 of Count I of Plaintiff's Complaint.

38. Defendants deny each and every allegation contained in Paragraph 38 of Count I of Plaintiff's Complaint.

39. Defendants deny each and every allegation contained in Paragraph 39 of Count I of Plaintiff's Complaint.

40. Defendants deny each and every allegation contained in Paragraph 40 of Count I of Plaintiff's Complaint.

### COUNT II – FALSE DESIGNATION OF ORIGIN
### PURSUANT TO §44(a) OF THE LANHAM ACT

41. Defendants, restate their answers to Paragraphs 1-37 above as though fully restated herein.

42. Defendants deny each and every allegation contained in Paragraph 42 of Count II of Plaintiff's Complaint.

43. Defendants deny each and every allegation contained in Paragraph 43 of Count II of Plaintiff's Complaint.

44. Defendants deny each and every allegation contained in Paragraph 44 of Count II of Plaintiff's Complaint.

45. Defendants deny each and every allegation contained in Paragraph 45 of Count II of Plaintiff's Complaint.

46. Defendants deny each and every allegation contained in Paragraph 46 of Count II of Plaintiff's Complaint.

47. Defendants do not answer Paragraph 47 of Count II of Plaintiff's Complaint as it does not contain an allegation but a conclusion of law.

48. Defendants deny each and every allegation contained in Paragraph 48 of Count II of Plaintiff's Complaint.

## COUNT III – COPYRIGHT INFRINGEMENT

49. Defendants, restate their answers to Paragraphs 1-34 above as though fully restated herein.

50. Defendants do not answer Paragraph 50 of Count III of Plaintiff's Complaint as it does not contain an allegation.

51. Defendants deny each and every allegation contained in Paragraph 51 of Count III of Plaintiff's Complaint.

52. Defendants deny each and every allegation contained in Paragraph 52 of Count III of Plaintiff's Complaint.

53. Defendants deny each and every allegation contained in Paragraph 53 of Count III of Plaintiff's Complaint.

WHEREFORE, the Defendants, SHOP 4 LESS, INC, DALAL ABDELRUHMAN and KARIM S. ABDELRUHMAN hereby prays that this court dismiss this action and tax all costs to the plaintiff.

Respectfully Submitted,

By: s/ Hanna Mraibie
One of Defendants' Attorneys

Akram Zanayed (6192587)
Hanna Mraibie (6275561)
Akram Zanayed & Associates
Attorneys for Shop 4 Less, Inc.,
Dalal Abdelruhaman and Karim S. Abdelruhman
8550 S. Harlem Suite G
Bridgeview, Il 60455
Phone 708-237-9000

CERTIFICATE OF SERVICE

I, hereby certify that on August 20, 2008, I served the above and foregoing Defendants' Shop 4 Less, Inc., Dalal Abdelruhman and Karim S. Abdelruhman ANSWER TO PLAINTIFF'S COMPLAINT,  with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Jason M. Kuzniar<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>120 N. LaSalle Street<br>Chicago, Il 60602<br>(312) 704-0550 x 122<br><br>jason.kuznair@wilsonelser.com<br><br>Attorneys for Plaintiff | |
| | |

By:       /s/ Hanna Mraibie